IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHERYL HELFRICH,**

    **Plaintiff,**

v.

**CITY OF COLLINSVILLE,**
**and Collinsville Police Officer**
**LUKE TILLMAN,**

    **Defendants.**                                  Case No. 12-cv-1178-DRH-DGW

<u>**MEMORANDUM AND ORDER**</u>

**HERNDON, Chief Judge:**

    Pending before the Court is defendant City of Collinsville, Illinois's (Collinsville) motion for abstention (Doc. 15). Collinsville requests a stay of this action pending resolution of defendant Luke Tillman's state criminal charges. Plaintiff did not respond to Collinsville's motion. *See* SDIL-LR 7.1(c)(1),(g); 5.1(c). Pursuant to Local Rule 7.1(c), the Court deems plaintiff's failure to respond as an admission of the merits of Collinsville's motion. SDIL-LR 7.1(c). Alternatively, the Court deems a stay of this action pending resolution of the trial phase of defendant Luke Tillman's state criminal charges is appropriate under the circumstances. Accordingly, Collinsville's motion is **GRANTED** (Doc. 15). Thus, it is **HEREBY ORDERED** that this action is **STAYED** pending resolution of the trial phase of defendant Luke Tillman's state criminal charges. The parties shall keep

the Court informed of all pertinent developments in defendant Luke Tillman's state criminal proceedings with a status report every three months (March 15th, June 15th, September 15th and January 15th) and shall notify the Court once the trial phase is complete.

**IT IS SO ORDERED.**

Signed this 18th day of January, 2013.

Digitally signed by
David R. Herndon
Date: 2013.01.18
13:26:30 -06'00'

**Chief Judge**
**United States District Court**