CIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHERYL HELFRICH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF COLLINSVILLE, et al., )<br>)<br>    Defendants. ) | Case No. 12-cv-1178 DRH-DGW |

**ORDER**

The parties appeared today for a settlement conference in this matter. The Court finds Defendant City of Collinsville in violation of its order regarding who should appear at the settlement conference. The order setting the settlement conference (Doc. 29) states in pertinent part:

    A settlement conference in the above case has been set before the Honorable Donald G. Wilkerson, U.S. Magistrate Judge, on July 18, 2013 at 9:30 a.m., in Court Room 4, Second Floor, Melvin Price Federal Bldg. and U. S. Courthouse, East St. Louis, Illinois.

    The purpose of the settlement conference is to permit an informal discussion of every aspect of the lawsuit bearing on its settlement value and to discuss, propose and consider, and, in appropriate instances, to enter into settlement agreements. **For these purposes it is essential that all necessary parties be present in person. This includes, but is not limited to, trial counsel and the individual parties. In the case of corporate parties and insurance carriers, a representative executive SHALL be present who has unrestricted authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer.**

\*\*\*

    **THE PARTIES ARE CAUTIONED THAT FAILURE TO BRING ALL NECESSARY PARTIES TO THE SETTLEMENT CONFERENCE COULD RESULT IN THE CONFERENCE BEING RESCHEDULED WITH SANCTIONS IMPOSED UPON THE OFFENDING PARTY**.

During the settlement conference it became apparent to the Court that Michael Roche, a representative of Trident Insurance Services, was and is a necessary party as defined in the court's previous order. Mr. Roche, however, was not present at the settlement conference. Therefore, the settlement conference is **CONTINUED** to July 25, 2013 at 2:00 p.m. before the undersigned judge.

The attorneys for the parties, along with Michael Roche of Trident Insurance Services are **ORDERED to be present in-person.**

The parties are CAUTIONED that failure to comply with this Order SHALL result in substantial financial sanctions, as well as penalties for contempt.

**IT IS SO ORDERED.**

**DATED: July 18, 2013**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**