IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERYL HELFRICH,

Plaintiff,

v.

CITY OF COLLINSVILLE,
and LUKE TILLMAN,

Defendant.                                        Case No. 12-cv-1178-DRH-DGW

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation for dismissal (Doc. 36). The parties inform the Court that the settlement agreement entered between them has been fully executed and consummated. The parties further stipulate and agree that all costs in this action have been paid, with each party to bear his, her, or its own costs of suit. The Court acknowledges the parties' stipulation and holds this case is **DISMISSED with prejudice**. The Clerk is instructed to close the case and enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 30th day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.30
16:05:59 -05'00'

Chief Judge
United States District Court