UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CHERYL HELFRICH**,

    **Plaintiff,**

v.

**CITY OF COLLINSVILLE**
and **LUKE TILLMAN**,

    **Defendants.**               No. 12-cv-1178-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the Stipulation of Dismissal filed on July 30, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on July 30, 2013, this case is **DISMISSED** with prejudice.

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT

                      BY:     /s/*Sara Jennings*
                              **Deputy Clerk**

**Dated:** July 31, 2013

Digitally signed by David R. Herndon
Date: 2013.07.31 09:55:12 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT